UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| DE'MAUREA DAVIS,<br><br>    Petitioner,<br><br>v.<br><br>USP-BIG SANDY,<br><br>    Respondent. | No. 7: 24-CV-0001-REW<br><br><br><br>JUDGMENT |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **DISMISSES** DE 14, De'Maurea Davis's Amended Complaint, without prejudice; and

2. The Court **DIRECTS** the Clerk to strike this action from the Court's docket.

This the 26th day of February, 2024.



Signed By:
*Robert E. Wier*
United States District Judge